THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Jabez Joseph
 Batiste, Appellant.
 
 
 
 
 

Appeal From Charleston County
 J. C. "Buddy" Nicholson, Jr.,
Circuit Court Judge

Unpublished Opinion No. 2010-UP-067
 Submitted January 4, 2010  Filed February
1, 2010   

APPEAL DISMISSED

 
 
 
 Acting Chief Appellate Defender for
 Capital Appeals Robert M. Dudek, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General
 Donald J. Zelenka, all of Columbia; Solicitor Scarlett Anne Wilson, of
 Charleston, for Respondent
 
 
 

PER CURIAM:  Jabez
 Joseph Batiste appeals his convictions on
 two counts of murder and two counts of possession of a firearm during a violent
 crime, arguing the trial judge improperly admitted hearsay testimony.  Batiste's counsel attached a petition to be relieved
 as counsel, stating that he reviewed the record and concluded the appeal lacked
 merit.  After a review of the record and counsel's brief pursuant to Anders
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] Batiste's appeal and
 grant counsel's petition to be relieved.
APPEAL DISMISSED.
SHORT, THOMAS, and
 KONDUROS, JJ., concur.

[1] We decide this case
 without oral argument pursuant to Rule 215, SCACR.